IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 05-20073-Ma

YULANDA JONES,

    Defendant.

---

ORDER DENYING MOTION TO DISMISS INDICTMENT

---

    Before the court is defendant's October 26, 2005, motion to dismiss the indictment against Yulanda Jones in this matter. Having considered the defendant's motion and the government's response filed on November 2, 2005, the court finds that the motion is not well taken. The motion is denied.

    It is so ORDERED this 3d day of November, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:05-CR-20073 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT